UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Bonnie Fish, et al.
                                    Plaintiff,

v.                                                              Case No.: 1:09−cv−01668
                                                                Honorable Milton I. Shadur

Greatbanc Trust Company, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 10, 2009:

    MINUTE entry before the Honorable Milton I. Shadur:Defendants' Motions to dismiss [48] [51] are denied without prejudice to a possible future renewal. Defendants' Motion to strike [56] is also denied without prejudice to a possible future renewal. Motion for leave to file [59] is granted. Status hearing held on 7/10/2009. Telephonic Status hearing set for 9/25/2009 at 01:15 PM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.