UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Bonnie Fish, et al.

        Plaintiff,

v.               Case No.: 1:09−cv−01668
                 Honorable Milton I. Shadur

Greatbanc Trust Company, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 12, 2009:

   MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Opinion and Order. This sua sponte memorandum and order is triggered by some problematic aspects the the responsive pleading. Because of the problems with the Ads as they have been advanced, the most sensible resolution is to strike all of them − − and this Court does so − − but without prejudice to reassertion of the proper Ads in proper form on the same timetable.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.