# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Bonnie Fish, et al.
                        Plaintiff,

v.                                          Case No.: 1:09−cv−01668
                                                      Honorable Milton I. Shadur

Greatbanc Trust Company, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2009:

      MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum. This memorandum is being issued in advance of the Motion's presentment date, both to apprise the parties litigant of the matters that they should be prepared to address at the time of presentment and in the hope of avoiding a premature ruling on trustee Miller's motion (for which purpose a copy of this memorandum is contemporaneously being transmitted to Bankruptcy Judge Humphrey).Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.