IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE FISH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, *et al.*,<br><br>Defendants. | **Case No. 1:09-cv-01668**<br><br>Judge Shadur<br><br>Magistrate Judge Valdez |

## **STIPULATION**

On November 5, 2009, this Court issued a Memorandum Opinion and Order ("Order") regarding Participant Plaintiffs' motion to proceed without obtaining class certification. (Doc. 110) On November 10, 2009, pursuant to the Order, the parties appeared before the Court for a status hearing. As suggested by the Court, the parties have since met and conferred, and have prepared this Stipulation to give effect to the Order.

Based on the Court's determination that the action must be structured in a manner that will bind all Antioch ESOP Plan Participants to the ultimate determination of this Court, this action will be governed by Federal Rule of Civil Procedure 23.1 in all respects, except that Plaintiffs shall not be required to comply with the pleading requirements of Federal Rule of Civil Procedure 23.1(b). Nothing herein shall constitute an acknowledgement by any party that this is a derivative action brought on behalf of The Antioch Company.

DATED: December 29, 2009.

AGREED TO:

KEATING MUETHING & KLEKAMP, PLL
By: */s/ Michael L. Scheier*
Michael L. Scheier, Esq.
Danielle M. D'Addesa, Esq.
Amber M. Justice-Manning, Esq.
David T. Bules, Esq.
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
mscheier@kmklaw.com
ddaddesa@kmklaw.com
ajusticemanning@kmklaw.com
dbules@kmklaw.com
*Attorneys for Defendants Lee Morgan,*
*Asha Morgan Moran, and Chandra Attiken*

K & L GATES LLP
John P. Morrison, Esq.
Joshua J. Heidelman, Esq.
70 West Madison, Suite 3100
Chicago, Illinois 60602
pete.morrison@klgates.com
joshua.heidelman@klgates.com
*Attorneys for Defendants Lee Morgan,*
*Asha Morgan Moran, and Chandra Attiken*

MORGAN LEWIS & BOCKIUS LLP
By: */s/ Theodore M. Becker*
Theodore M. Becker, Esq.
Julie A. Govreau, Esq.
Michael F. Derksen, Esq.
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
tbecker@morganlewis.com
jgovreau@morganlewis.com
mderksen@morganlewis.com
*Attorneys for Defendant GreatBanc Trust*
*Company*

SEBALY SHILLITO + DYER
By: */s/ James A. Dyer*
James A. Dyer, Esq.
Jon M. Sebaly, Esq.
David C. Ahlstrom, Esq.
40 North Main Street
1900 Kettering Tower
Dayton, Ohio 45402
jdyer@ssdlaw.com
jsebaly@ssdlaw.com
dahlstrom@ssdlaw.com
*Attorneys for Plaintiffs*

KELLER ROHRBACK, PLC
Gary D. Greenwald, Esq.
Gary A. Gotto, Esq.
3101 North Central, Suite 1400
Phoenix, Arizona 85012
ggreenwald@krplc.com
ggotto@krplc.com
*Attorneys for Plaintiffs*

FUTTERMAN HOWARD
WATKINS WYLIE & ASHLEY,
CHTD
Charles R. Watkins, Eq.
122 South Michigan Avenue
Suite 1850
Chicago, Illinois 60603
cwatkins@futtermanhoward.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Michael L. Scheier, hereby certify that I electronically filed the foregoing Stipulation using the CM/ECF system which will send notification of such filing(s) to the following:

Charles R. Watkins at cwatkins@futtermanhoward.com
Gary D. Greenwald at ggreenwald@krplc.com
Gary A. Gotto at ggotto@krplc.com
James Dyer at jdyer@ssdlaw.com
Jon M. Sebaly at jsebaly@ssdlaw.com
David C. Ahlstrom at dahlstrom@ssdlaw.com
Theodore M. Becker at tbecker@morganlewis.com
Julie A. Govreau at jgovreau@morganlewis.com
Michael F. Derksen at mdersken@morganlewis.com
John P. Morrison at pete.morrison@klgates.com
Joshua J. Heidelman at Joshua.heidelman@klgates.com

on this 29th day of December, 2009.

/s/ Michael L. Scheier
Michael L. Scheier

3254075.1