**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BONNIE FISH, CHRISTOPHER MINO, MONICA LEE WOOSLEY, LYNDA D. HARDMAN, EVOLVE BANK & TRUST, an Arkansas bank and trust company,<br><br>    Plaintiffs,<br><br>vs.<br><br>GREATBANC TRUST COMPANY, an Illinois corporation; LEE MORGAN, ASHA MORGAN MORAN, and CHANDRA ATTIKEN,<br><br>    Defendants. | Case No. 1:09-cv-01668<br><br>Honorable Milton I. Shadur |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Bonnie Fish, Christopher Mino, Monica Lee Woosley, Lynda D. Hardman and Evolve Bank & Trust (collectively "Plaintiffs") in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Order granting summary judgment against the Plaintiffs and the Final Judgment dismissing their action that was filed on September 12, 2012 (Dkt. 267 and 269), and any interlocutory order thereunder, including without limitation, the Order of April 19, 2010 (Dkt. 139), denying leave to file Plaintiffs' Second Amended Complaint.

1

DATED: October 10, 2012

        KELLER ROHRBACK, PLC

By:   */s/ Gary D. Greenwald*
     Gary D. Greenwald
     Gary A. Gotto
     3101 North Central Avenue, #1400
     Phoenix, Arizona 85012
     Telephone: (602) 248-0088
     Facsimile: (602) 248-2822
     ggreenwald@krpl.com
     ggotto@krplc.com

SEBALY SHILLITO + DYER
James Dyer
Jon M. Sebaly
David C. Ahlstrom
40 North Main Street
1900 Kettering Tower
Dayton, Ohio 45402
Telephone: (937) 222-2500
Facsimile: (937) 222-6554
jdyer@ssdlaw.com
jsebaly@ssdlaw.com
dahlstrom@ssdlaw.com

DONALDSON & GUIN, LLC
Charles R. Watkins
John R. Wylie
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
Telephone: (312) 878-8391
Facsimile: (312) 663-0303
charlesw@dglawfirm.com
jwylie@dglawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on **October 10, 2012, Plaintiffs' Notice of Appeal** was filed electronically. Notice of this filing will be sent to all parties listed below by operation of the Court's electronic system.

>Theodore M. Becker
>Julie A. Govreau
>Michael F. Derksen
>Morgan Lewis & Bockius, LLP
>77 West Wacker Drive, 5th Floor
>Chicago, Illinois 60601
>tbecker@morganlewis.com
>jgovreau@morganlewis.com
>Attorneys for Defendant GreantBanc Trust Company
>
>Michael L. Scheier
>Danielle M. D'Addesa
>Amber M. Justice-Manning
>David T. Bules
>Keating Muething & Klekamp PLL
>One East Fourth Street, Suite 1400
>Cincinnati, Ohio 45202
>mscheier@kmklaw.com
>ddaddessa@kmklaw.com
>Attorneys for Defendants Lee Morgan, Asha Morgan Moran,
>   and Chandra Attiken
>
>John P. Morrison
>Joshua J. Heidelman
>K&L Gates LLP
>70 West Madison, Suite 3100
>Chicago, Illinois 60602
>pete.morrison@klgates.com
>Joshua.heidelman@klgates.com
>Attorneys for Defendants Lee Morgan, Asha Morgan Moran,
>   and Chandra Attiken

James Dyer
Jon M. Sebaly
David C. Ahlstrom
Sebaly Shillito + Dyer
40 North Main Street
1900 Kettering Tower
Dayton, Ohio 45402
jdyer@ssdlaw.com
jsebaly@ssdlaw.com
dahlstorm@ssdlaw.com
Attorneys for Plaintiffs

Charles R. Watkins
John R. Wylie
Donaldson & Guin, LLC
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
charlesw@dglawfirm.com
Attorneys for Plaintiffs

Gary D. Greenwald
Gary A. Gotto
Keller Rohrback, PLC
3101 North Central Avenue, Suite 1400
Phoenix, Arizona 85012
ggreenwald@krplc.com
ggotto@krplc.com
Attorneys for Plaintiffs

By: */s/ Gary D. Greenwald*