AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

BONNIE FISH, et. al., )
)
v. ) Case No.: 1:09-CV-1668
GREATBANC TRUST COMPANY, et. al. )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  09/12/2012  against  Plaintiffs  ,
                                                                *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 395.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 36,800.75 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,395.75 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 316.18 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 78,655.90 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 118,563.58 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service            ☐ First class mail, postage prepaid

☐ Other:  _____

s/ Attorney:    /s/ Michael L. Scheier

Name of Attorney:  Michael L. Scheier

For:        Lee Morgan, Asha Moran, Chandra Attiken                    Date:  10/12/2012
                      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*          *Deputy Clerk*          *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | 127.66 | | 188.52 | $316.18 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $316.18 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
       "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
       "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
       Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

       When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

       Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| BONNIE FISH, et al., | ) | |
|     Plaintiffs, | ) | Case No. 1:09-cv-01668 |
| v. | ) | |
| | ) | Honorable Milton I. Shadur |
| GREATBANC TRUST COMPANY, an | ) | |
| Illinois corporation, et al., | ) | Magistrate Judge Maria Valdez |
|     Defendants. | ) | |

## BILL OF COSTS

**A.  Fees for Service of Summons and Subpoena**

| | |
|---|---|
| 1/15/10, Service of subpoena for deposition, Process Forwarding International | $225.00 |
| 2/22/10, Service of process upon Prairie Capital Advisors, Inc. | $170.00 |

**TOTAL COST FOR SERVICE OF SUMMONS AND SUBPOENA**     **$395.00**

**B.  Fees for printed or electronically recorded transcripts necessarily obtained for use in the case[1]**

1.  Barry Hoskins
February 15, 2010
Per Local Rule (normal delivery & ROUGH)
Pages = 395 pages

| | |
|---|---|
| Expedited Transcript: 395 pages x $4.85= | $1,915.75 |
| Additional Copy to Same Party: 395 pages x $0.60= | $237.60 |
| Total per Local Rule | **$2,153.35** |

1.  Michael New
February 23, 2010
Per Local Rule (normal delivery):
Pages = 207 pages

| | |
|---|---|
| Original Ordinary Transcript: 207 pages x $3.65= | $755.55 |
| Total per Local Rule | **$755.55** |

2.  Lee Bloom
Volume I, November 16, 2010
Per local rule (normal delivery):
Pages = 297 pages

---

[1] Where the maximum allowable per Local Rule was less than the invoiced amount, the lesser amount was applied. Page counts for these depositions are provided for the Court's convenience.

| | |
|---|---|
| Original Ordinary Transcript: 297 pages x $3.65= | $1,084.05 |
| Total per Local Rule | **$1,084.05** |

Volume II, November 18, 2010
Per local rule (normal delivery):
Pages = 182 pages

| | |
|---|---|
| Original Ordinary Transcript: 182 pages x $3.65= | $664.30 |
| Total per Local Rule | **$664.30** |

3.      <u>Monica Lee Woosley</u>
February 8, 2011
Per local rule (normal delivery & ROUGH):
Pages =309 pages

| | |
|---|---|
| Expedited Transcript: 309 pages x $4.85= | $1,498.65 |
| Additional Copy to Same Party: 309 pages x $0.60= | $185.40 |
| Total per Local Rule | **$1,684.05** |

4.      <u>Bonnie Fish</u>
February 17, 2011
Per local rule (normal delivery & ROUGH):
Pages = 420 pages

| | |
|---|---|
| Expedited Transcript: 402 pages x $4.85= | $1,949.70 |
| Additional Copy to Same Party: 402 pages x $0.60= | $241.20 |
| Total per Local Rule | **$2,190.90** |

5.      <u>Linda Hardman</u>
March 3, 2011
Per local rule (normal deliver & ROUGH):
Pages = 443 pages

| | |
|---|---|
| Expedited Transcript: 443 pages x 4.85= | $2,148.55 |
| Additional Copy to Same Party: 443 pages x $0.60 | $265.80 |
| Total per Local Rule | **$2,414.35** |

6.      <u>Christopher Mino</u>
March 4, 2011
Per local rule (normal delivery & ROUGH):
Pages = 426 pages

| | |
|---|---|
| Expedited Transcript: 426 pages x $4.85= | $2,066.10 |
| Additional Copy to Same Party: 426 pages x $0.60= | $255.60 |
| Total per Local Rule | **$2,321.70** |

7.      <u>Nancy Blair</u>
Volume I

| | |
|---|---|
| Transcript dated May 26, 2011, Mike Mobley Reporting Invoice #89035 (392 pages) | **$1,115.50** |
| Video dated May 26, 2011, Mike Mobley Reporting Invoice #89048 | **$200.00** |

Volume II
Transcript dated May 27, 2011, Mike Mobley Reporting Invoice #89052  **$1,283.75**
(303 pages)
DVD dated May 27, 2011, Mike Mobley Reporting Invoice #89050  **$150.00**

8.      Barry Hoskins
Volume I
Transcript dated September 15, 2011, Capital Reporting Company Invoice #82018  **$918.15**
(287 pages)
Video dated September 15, 2011, Capital Reporting Company Invoice #81842  **$947.50**

Volume II, September 16, 2011
Per Local Rule (normal delivery):
Pages = 380 pages
Original Ordinary Transcript: 380 pages x $3.65=  $1,387.00
One copy to same party:     380 pages x $0.60=  $228.00
Total per Local Rule  **$1,615.00**

Video dated September 16, 2011, Capital Reporting Company Invoice #81841  **$1,162.50**

9.      Kimberlee Lipson-Wilson
Volume I & II
Transcripts dated December 5 and 6, 2011, On-Time Reporting Invoice #1035  **$2,293.70**
(656 pages)
Video dated December 5 and 6, 2011, On-Time Reporting Invoice #1061  **$1,710.00**

10.     Karen Ng
February 20, 2012
Per local rule (normal & ROUGH):
Pages = 361 pages
Expedited Transcript: 361 pages x $4.85=  $1,750.85
One Copy to Same Party: 361 pages x $0.60  $216.60
Total per Local Rule  **$1,967.45**

11.     Lee Morgan
Volume I, March 15, 2012
Per local rule (normal delivery & ROUGH):
Pages = 357 pages
Expedited Transcript: 357 pages x $4.85=  $1,731.45
One Copy to Same Party: 357 pages x $0.60  $214.20
Total per Local Rule  **$1,945.65**

Video dated March 15, 2012, Veritext Invoice #NY454195  **$478.25**

Volume II, March 16, 2012

Per Local Rule (normal delivery):
Pages = 182 pages
| | |
|---|---|
| Original Ordinary Transcript: 182 pages x $3.65= | $664.30 |
| One copy to same party:    182 pages x $0.60= | $109.20 |
| **Total per Local Rule** | **$773.50** |

| | |
|---|---|
| Video dated March 16, 2012, Veritext Invoice #NY454202 | **$267.00** |

12.    Marilyn Marchetti
March 8, 2012
Per local rule (normal delivery & ROUGH):
Pages = 464 pages
| | |
|---|---|
| Expedited Transcript: 464 pages x $4.85= | $2,250.40 |
| One Copy to Same Party: 464 pages x $0.60 | $278.40 |
| **Total per Local Rule** | **$2,528.80** |

13.    Chandra Attiken
March 21, 2012
Per local rule (normal delivery & ROUGH):
Pages = 394 pages
| | |
|---|---|
| Expedited transcript:  394 pages x $4.85= | $1,910.90 |
| One Copy to Same Party:  394 pages x $0.60= | $236.40 |
| **Total per Local Rule** | **$2,147.30** |

14.    Asha Moran
| | |
|---|---|
| Transcript dated June 21, 2012, Veritext Invoice # NY469019 (353 pages) | **$1,406.70** |
| Transcript dated June 22, 2012, Veritext Invoice #NY469122 (451 pages) | **$621.75** |

| | |
|---|---|
| **TOTAL COST FOR PRINTED OR RECORDED TRANSCRIPTS** | **$36,800.75** |

**C.    Fees and disbursements for printing**

| | |
|---|---|
| **TOTAL FOR PRINTING OF EXHIBITS USED AT DEPOSITIONS** | **$2,395.75** |

**D.    Fees for Witnesses**

| | |
|---|---|
| Witness expenses for Nancy Blair | $316.18 |
| **TOTAL FOR FEES FOR WITNESSES** | **$316.18** |

**E.     Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case**

08/24/2009, P3 Strategic, fee for forensic image of Lee Morgan's computer        $2,900.00

11/13/2009, Ikon Office Solutions, Conversion of data from hard drive        $7,672.26

01/13/2011, McDonald Hopkins, Fee for software for retrieval of documents for discovery
        $89.00

02/28/2011, Fulbright & Jaworski, Fees for duplicating expenses        $76.35

03/27/2011, PIP Printing and Marketing Services, Fees for duplicating expenses     $131.85

06/23/2011, Ikon Office Solutions, Creation of upload files from documents produced pursuant to subpoena        $13,706.89

06/27/2011, Ikon Office Solutions, Creation of upload files from documents produced
        $297.70

Keating, Muething & Klekamp professional services (Attached at Exhibit F)     $53,781.85

**TOTAL FOR EXEMPLIFIATION AND COPIES        $78,655.90**

4600983.1