IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE FISH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 09 C 1668 |
| ) | |
| GREATBANC TRUST COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Defendants have just filed their Supplemental Memorandum in Support of Motion for Attorneys' Fees, while plaintiffs' memorandum is due to be filed on August 21. Defendants' memorandum appears to be highly informative with respect to its cutback of certain aspects of its earlier submission--but this Court's threshold run through of that submission has disclosed one omission that may be useful in arriving at the overall ruling on the motion.

Defense counsel's breakdown of their claim in terms of the time spent on different subject matter categories has made it clear that no claim is being made for fees and expenses attributable to defendants' _first_ (and unsuccessful) motion for summary judgment. But no quantification has been provided as to those now-separated-out fees and expenses. That information would appear to be potentially useful for purposes of this Court's ultimate determination, just as comparable input from plaintiffs' counsel as to the time, fees and expenses

attributable to the defense of that motion would seem useful.

Accordingly defense counsel are requested to supplement their supplemental memorandum in that respect, while plaintiffs' counsel are requested to provide their corresponding information. If each side can arrange to do that in the very brief time span that remains on or before the August 21 due date for plaintiffs' counsel's response, so much the better--but if not, the parties' time target should be the earliest feasible date.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 19, 2013