IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BONNIE FISH, et al.,                    )
                                        )
                    Plaintiffs,         )
                                        )
        v.                              )       Case No. 09 C 1668
                                        )
GREATBANC TRUST COMPANY, et al.,        )
                                        )
                    Defendants.         )

MEMORANDUM ORDER

This Court has received the joint status report from counsel

for the parties, reflecting their agreement as to the procedure

and timing their contemplated discovery efforts relating to

whether and to what extent this Court's award of fees and

expenses is to be levied on plaintiffs.  Counsel's anticipated

efforts, as reflected in the joint status report, are commendable

and appear constructive, but one further bit of information is

needed to enable this Court to keep the matter active on its

follow-up calendar:  the designation of a next date for a further

such report.

Instead of this Court selecting an arbitrary date that may

or may not make sense in light of the necessarily fluid nature of

the procedures reflected in the current report, this Court

invites counsels' input on the subject.  All that needs to be

done in that respect is for counsel to file a simple supplement

to the current report designating what appears to be a suitable

next date for an updated report.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 23, 2013