## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BONNIE FISH, et al., | |
| Plaintiffs, | Case No. 1:09-cv-01668 |
| vs. | Honorable Jorge L. Alonso |
| GREATBANC TRUST COMPANY, LEE MORGAN, ASHA MORAN, CHANDRA ATTIKEN, and MORGAN FAMILY FOUNDATION, | |
| Defendants. | |

### PRETRIAL SCHEDULING ORDER

Pursuant to the Court's July 28, 2015 minute entry requiring the parties to submit a proposed pretrial scheduling order by August 7, 2015 [431], and the Court's notification to the parties via email extending this deadline to August 14, 2015, the parties hereby submit the following proposed pretrial scheduling order:

| Description | Date |
|---|---|
| Plaintiffs serve Defendants with their witness list (indicating which witnesses they expect to call live) and deposition designations | 9/11/15 |
| Defendants serve Plaintiffs with their witness list (indicating which witnesses they expect to call live) and deposition designations | 9/18/15 |
| Parties exchange lists of designated trial exhibits | 10/5/15 |
| Parties exchange counter deposition designations | 10/9/15 |
| Plaintiffs serve Defendants with first draft of Joint Final Pretrial Order | 10/12/15 |
| Deadline for Parties to meet and confer regarding objections to admissibility of designated trial exhibits | 10/13/15 |
| Deadline for filing all motion *in limine* | 10/15/15 |

| | |
|---|---|
| Defendants serve Plaintiffs with response draft of Joint Final Pretrial Order | 10/19/15 |
| Parties exchange final objections to trial exhibits | 10/20/15 |
| Deadline for filing responses to all motions *in limine* | 10/22/15 |
| Deadline for Parties to file Joint Final Pretrial Order | 10/23/15 |
| Deadline for Parties to file pretrial memoranda | 10/26/15 |
| Final Pretrial Conference | 10/28/15  at 11:00a.m. |
| Deadline for Parties to file objections to demonstrative exhibits | 10/28/15 |
| Trial begins | 11/2/15 at 9:30 a.m. |

**SO ORDERED.**

8/17/15

_____
Jorge L. Alonso
United States District Judge