UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE FISH, CHRISTOPHER MINO, MONICA LEE WOOSLEY, LINDA D. HARDMAN and EVOLVE BANK & TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>GREATBANC TRUST COMPANY, LEE MORGAN, ASHA MORAN, CHANDRA ATTIKEN and MORGAN FAMILY FOUNDATION,<br><br>Defendants. | Case No. 1:09-cv-01668<br><br>Honorable Jorge L. Alonso<br><br>Honorable Magistrate Maria Valdez |

**PLAINTIFFS' SUPPLEMENT TO MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Bonnie Fish, Christopher Mino, Monica Lee Woosley, Linda D. Hardman, and Evolve Bank & Trust ("Plaintiffs") supplement their Motion for Preliminary Injunction (Dkt. 459, 460 and 462) by attaching complete copies of the depositions of Lee Morgan, attached hereto as Exhibits A and B (portions previously filed at Dkt. 462.1 and 462.4) and the deposition of Dan Holthaus, attached hereto as Exhibit C (portion previously filed at Dkt. 462-5).

DATED this 4th day of September, 2015.

By /s/ Gary A. Gotto

| | |
|---|---|
| KELLER ROHRBACK L.L.P.<br>Gary A. Gotto<br>3101 North Central Avenue, Suite 1400<br>Phoenix, Arizona 85012<br>Telephone: (602) 248-0088<br>Facsimile: (602) 248-2822<br>ggotto@kellerrohrback.com<br>*Counsel for Plaintiffs* | GUIN STOKES & EVANS, LLC<br>Charles R. Watkins<br>321 South Plymouth Court, Suite 1250<br>Chicago, Illinois 60604<br>Telephone: (312) 427-3600<br>Facsimile: (312) 427-1850<br>charlesw@gseattorneys.com<br>*Counsel for Plaintiffs* |

2221315.1

| | |
|---|---|
| David J. Ko<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington  98101<br>Telephone: (206) 623-1900<br>Facsimile:  (206) 623-3384<br>dko@kellerrohrback.com<br>*Counsel for Plaintiffs* | SEBALY SHILLITO + DYER<br>James Dyer<br>Jon M. Sebaly<br>Kathryn M. Mack<br>40 North Main Street<br>1900 Kettering Tower<br>Dayton, Ohio 45402<br>Telephone: (937) 222-2500<br>Facsimile:  (937) 222-6554<br>jdyer@ssdlaw.com<br>jsebaly@ssdlaw.com<br>kmack@ssdlaw.com<br>*Counsel for Plaintiffs* |

2221315.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2015, I caused true and correct copies of the foregoing to be filed electronically using the Court's CM/ECF system and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date. This document is available for viewing and downloading on the CM/ECF system.

By: _/s/ Gary A. Gotto_