**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BONNIE FISH, et al.,** | Case No. 1:09-cv-01668 |
| **Plaintiffs,** | Honorable Jorge L. Alonso |
| **v.** | |
| **GREATBANC TRUST COMPANY,** | |
| **Defendant.** | |

**JOINT STIPULATION OF PLAINTIFFS AND DEFENDANT GREATBANC TRUST COMPANY TO DISMISS ACTION AS TO DEFENDANT GREATBANC TRUST COMPANY WITH PREJUDICE AND WITHOUT COSTS**

Plaintiffs, BONNIE FISH, CHRISTOPHER MINO, MONICA LEE WOOSLEY, LYNDA D. HARDMAN and EVOLVE BANK & TRUST, an Arkansas bank and trust company, AND Defendant GREATBANC TRUST COMPANY, pursuant to Federal Rule of Civil Procedure 41(a)(2), move for the entry of an Order Dismissing Action as to Defendant GREATBANC TRUST COMPANY with prejudice and without costs, in the proposed form submitted to this Court, stating that Plaintiffs and Defendant GREATBANC TRUST COMPANY have agreed to settle and dismiss this action as to GREATBANC TRUST COMPANY with prejudice and without costs.

- 2 -

Dated:  October 20, 2015 	Respectfully submitted,

/s/ James A. Dyer
James A. Dyer
Sebaly Shillito + Dyer
1900 Kettering Tower
40 N. Main Street
Dayton, OH 45423
973-222-2500
jdyer@ssdlaw.com
ATTORNEYS FOR PLAINTIFFS

/s/ Theodore M. Becker
Theodore M. Becker
Drinker Biddle Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL 606062
312-569-1000
ted.becker@dbr.com
ATTORNEYS FOR GREATBANC TRUST COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2015, the foregoing Plaintiffs' Motion to Enter Final Judgment has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

/s/ Theodore M. Becker

David C. Ahlstrom: dahlstrom@ssdlaw.com
Ruben R. Chapa: chapa.ruben@dol.gov
Danielle M. D'Addesa: ddaddesa@kmklaw.com
Stephen V. D'Amore: sdamore@winston.com
Peter Beck Dolan: dolon.peter@dol.gov
James A. Dyer: jdyer@ssdlaw.com
Gary A. Gotto: ggotto@kellerrohrback.com
Gary D. Greenwald: ggreenwald@kellerrohrback.com
Thomas Frost Hankinson: thankinson@kmklaw.com
Amber M. Justice-Manning: ajustice@kmklaw.com
David J. Ko: davidko@kellerrohrback.com
Kathryn M. Mack: kmack@ssdlaw.com
Brian P. Muething: bmuething@kmklaw.com
Michael S. Pullos: mpullos@winston.com
Michael L. Scheier: mscheier@kmklaw.com
Jon M. Sebaly: jsebaly@ssdlaw.com
Charles R. Watkins: charlesw@gseattorneys.com
Michael D. Woerner: mwoerner@kellerrohrback.com
Anthony M. Verticchio: tverticchio@kmklaw.com
Jacob DeNiro Rhode: jrhode@kmklaw.com