UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Bonnie Fish, et al().
                Plaintiff,

v.                                                          Case No.: 1:09−cv−01668
                                                           Honorable Jorge L. Alonso

Lee Morgan, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2015:

       MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. Motion hearing held. Defendant Morgan Family Foundation's motion for leave to file an amended answer [447] is granted. Defendant Morgan Family Foundation's motion to bifurcate [450] is granted. Plaintiffs' motion for preliminary injunction [459] is withdrawn. Defendant Morgan Family Foundation's motion for joinder [474] is granted in part consistent with this court's order entered 10/21/15. Plaintiffs' objections to Magistrate Judge Valdez's 9/24/15 order [480] are overruled. Pursuant to the parties' stipulation [505], Greatbanc Trust Company is dismissed as a party in this case. Enter Order. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.