# EXHIBIT B

| Joint Ex. No. | Defs' Ex. No. | Docid | Docdate | Summary | Dep Ex # | Same as |
|---|---|---|---|---|---|---|
| 1 | 19 | TAC-CC-0218293 - 95 | 11/12/01 | E-mail from Blair re: Resume attached | 195 | PX-0049 |
| 2 | 21 | MOR0010737 - 56 | 12/31/01 | 2001 Annual Report | 135 | PX-0059 |
| 3 | 22 | MOR000178 - 235 | 01/01/02 | The Antioch Company Employee Stock Ownership Plan as Amended and Restated as of January 1, 2002 | 359 | PX-0063 |
| 4 | 27 | ASP000070 - 72 | 04/25/02 | Minutes of the Antioch Company Annual Stockholders Meeting | 224 | PX-0027 |
| 5 | 33 | TAC-CC-0123110 & 17 | 10/09/02 | E-mail from Attiken re: Current Organization charts | 481 | PX-0080 |
| 7 | 43 | DT0063-DT0071 | 02/17/03 | Letter | 2 | PX-0106 |
| 8 | 44 | GBT06754-814 | 03/14/03 | BVI Valuation of ESOP | 116 | PX-0113 |
| 9 | 53 | MWE 0012438 - 39 | 05/27/03 | Letter from McDermott, Will & Emery to Morgan re: terms of respresentation | 498 | PX-0123 |
| 10 | 55 | TAC-CC-0445714 - 17 | 06/13/03 | E-mail from Blair re: Key Issues from June 12 ESOP meeting | 197 | PX-0130 |
| 11 | 58 | DT0917-DT0983 | 08/21/03 | August 21st Board Meeting Agenda with 6/21/03 Feasibility Study | 7 | PX-0182 |
| 12 | 69 | TAC-CC-0239658-99 | 07/17/03 | Presentation: The Antioch Company 100% ESOP Transaction | 53 | PX-0146 |
| 13 | 70 | ASP 000182 - 85 | 07/17/03 | Minutes of The Antioch Company Board of Directors meeting | 134A | PX-0147 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14 | 80 | | GB-SOL0001129 - 37 | 08/04/03 | Successor Trustee Engagement Agreement | 365 | PX-0158 |
| 15 | 85 | | D&P_A011844-11903 | 08/06/03 | Duff & Phelps presentation, Regarding Duff & Phelps' ESOP/ERISA and Fairness Opinion Qualifications | 758 | PX-0162 |
| 16 | 86 | | TAC-CC-0139088-139113 | 08/08/03 | Creative Memories Strategy PowerPoint | 777 | PX-0165 |
| 17 | 97 | | D&P_A007934-36 | 08/20/03 | 100% ESOP Due Diligence Meeting Schedule, August 20 - August 22 | 9 | PX-0190 |
| 18 | 98 | | GB-SOL0001138 - 47 | 08/20/03 | Employee Stock Ownership Trust Agreement, As Amended and Restated as of August 20, 2003 | 384 | PX-0179 |
| 19 | 101 | | GB-SOL0001089 | 08/21/03 | Barry Hoskins letter of resignation as directed trustee effective 8/21/2003 | 56 | PX-0183 |
| 20 | 102 | | MOR001896-1927 | 08/21/03 | Presentation: Recapitalization 100% ESOP Update | 57 | PX-0184 |
| 21 | 103 | | ASP000186 - 89 | 08/21/03 | Minutes of the Antioch Company Annual Stockholders Meeting | 225 | PX-0185 |
| 22 | 104 | | D&P_A010808 - 43 | 08/21/03 | Creative Memories U.S. BOD Presentation | 456 | PX-0188 |
| 23 | 120 | | D&P_A000073-74 | 08/27/03 | Antioch Transaction Distribution list | 4 | PX-0196 |
| 24 | 122 | | J&G 02432 - 63 | 08/28/03 | Recapitalization 100% ESOP Update - Revised Presentation | 310 | PX-0187 |
| 25 | 125 | | MOR001895 - 927 | 08/29/03 | E-mail from Blair re: Recapitalization Update | 238 | PX-0199 |
| 26 | 144 | | D&P_A005597-603 | 09/08/03 | Duff & Phelps Engagement letter | 81 | PX-0214 |
| 27 | 145 | | GBT06311-17 | 09/08/03 | Duff & Phelps Engagement Letter | 113 | PX-0215 |
| 28 | 152 | | J&G 01463 | 09/11/03 | The Antioch Company Due Diligence Meetings Schedule | 234 | PX-0223 |
| 29 | 165 | | J&G 03111 | 09/18/03 | The Antioch Company Communications Meeting | 237 | PX-0165 |

| | | | | | Agenda | | |
|---|---|---|---|---|---|---|---|
| 30 | 198 | | D&P_A005434-55 | 10/13/03 | Review of Original Proposed Transaction | 117 | PX-0263 |
| 31 | 199 | | D&P_A005460-71 | 10/13/03 | Duff's Review of Revised Proposal | 118 | PX-0264 |
| 32 | 208 | | DT1380 - DT1458 | 10/15/03 | Presentations: Recapitalization 100 Percent ESOP Direct Shareholder Implications, Education Session | 60 | PX-0271 |
| 33 | 211 | | DT1362-DT1378 | 10/16/03 | Presentation to Board of Directors, Recapitalization 100% ESOP Update | 18 | PX-0277 |
| 34 | 214 | | TAC-CC-0410891 - 912 | 10/16/03 | E-mail from Blair re: Board discussion documents | 207 | PX-0280 |
| 35 | 215 | | GBT00097 - 100 | 10/16/03 | The Antioch Board of Directors Meeting Minutes | 577 | PX-0281 |
| 36 | 238 | | TAC-CC-0280024-25 | **09/01/03** | Board Presentation Agenda **(for sorting purposes, date changed to match our date for PX-0206, 9/01/03, rather than 10/24/03)** | 61 | PX-0206 |
| 37 | 246 | | D&P_A002695-773 | 10/27/03 | Preliminary Review of Proposed Recapitalization of the Antioch Company Presentation to GreatBanc | 119 | PX-0308 |
| 38 | 256 | | D&P_A006588-664 | 10/30/03 | E-mail from Blair Re: Board Presentation (attached) | 22 | PX-0317 |
| 39 | 258 | | MOR000255-69 | 10/30/03 | ESOP Amendment No. 1 | 102 | PX-0318 |
| 40 | 259 | | GBT00102 - 34 | 10/30/03 | Minutes of The Antioch Company Board of Directors Meeting, St. Cloud, Minnesota | 500 | PX-0322 |
| 41 | 264 | | D&P_A006810-75 | 11/05/03 | E-mail from Blair re: Train the Trainer (attached) | 23 | PX-0327 |
| 42 | 266 | | MOR0015300 - 65 | 11/06/03 | "Train-the-Trainer" Presentation | 300 | PX-0333 |
| 43 | 274 | | GB-SOL0002352 - 53 | 11/10/03 | First Amendment to GreatBanc Trust Company Successor Trustee Engagement Agreement | 366 | PX-0340 |
| 44 | 279 | | GB-SOL0000476 | 11/18/03 | Voting Instruction Form with Hoskins signature | 33 | PX-0355 |
| 45 | 280 | | MOR001174-76 | 11/14/03 | Cover letter which accompanied proxy materials | 28 | PX-0346 |
| 46 | 281 | | MOR001189-90 | 11/14/03 | Letter from Greatbanc to participants in the Antioch Company ESOP | 29 | PX-0347 |
| 47 | 282 | | MOR001177-88 | 11/14/03 | Letter to participants in the Antioch Company ESOP re | 30 | PX-0348 |

| | | | | | Transaction | | |
|---|---|---|---|---|---|---|---|
| 48 | 283 | | GB-SOL0000008, 12 | 11/14/03 | Voting Instruction Form (blank) | 31 | PX-0349 |
| 49 | 284 | | MOR001191-396 | 11/14/03 | Letter enclosing proxy materials | 32 | PX-0350 |
| 50 | 289 | | MOR0015117 - 44 | 11/17/03 | Presentation: 100% ESOP Employee Owner Meetings Nov. 17-24 | 160 | PX-0353 |
| 51 | 290 | | MOR001939 - 44 | 11/17/03 | ESOP FAQs | 162 | PX-0354 |
| 52 | 298 | | GB-SOL-0000708 | 11/22/03 | Schifsky Voting Instruction Form | 148 | PX-0308 |
| 53 | 305 | | TAC-CC-0398056 - 143 | 10/29/03 | E-mail from Blair re: Presentation for this afternoon | 566 | PX-0315 |
| 54 | 306 | | MOR001397 - 98 | 12/01/03 | ESOP Distribution Policy Effective as of 12/1/03 | 391 | PX-0373 |
| 55 | 309 | | MOR001423 - 33 | 12/04/03 | 100% ESOP Recapitalization Sensitivity Analysis Board Meeting Presentation | 213 | PX-0381 |
| 56 | 310 | | PR0001062 - 78 | 12/04/03 | Repurchase Obligation Study - Years 2003 - 2027 Presentation | 258 | PZ-0383 |
| 57 | 311 | | ASP000275 - 277 | 12/04/03 | The Antioch Company Employee Stock Ownership Plan Amendment No. 2 to the Amended and Restated Plan | 346 | PX-03843 |
| 58 | 312 | | GBT00136 - 66 | 12/04/03 | Minutes of The Antioch Company Board of Directors Meeting, St. Cloud, Minnesota | 503 | PX-0385 |
| 59 | 315 | | ASP 000239 - 86 | 12/04/03 | The Antioch Board of Directors Meeting Minutes | 578 | PX-0389 |
| 60 | 316 | | N/A | 12/05/03 | Christopher Mino Voting Instruction Form | 187 | PX-0393 |
| 61 | 322 | | D&P_A005456 - 59 | 12/09/03 | Memo re: Update to Preliminary review of Proposed Recapitalization of The Antioch Company | 130 | PX-0401 |
| 62 | 333 | | D&P_A005604 - 08 | 12/16/03 | Duff & Phelps Opinion Letter | 131 | PX-0418 |
| 63 | 353 | | PR0001184 - 258 | 12/31/03 | The Antioch Company Valuation Report | 292 | PX-0441 |
| 64 | 358 | | P-WOOSLEY-000038 - 69 | 12/31/03 | 2003 Annual Report | 132A | PX-0432 |
| 65 | 365 | | ASP000287 - 290 | 01/29/04 | Minutes of The Antioch Company Board of Directors Meeting | 313 | PX-0467 |
| 66 | 366 | | GB-SOL-0000992 | 02/23/04 | Letter from Hoskins Re: Notice of Termination of trustee | 37 | PX-0471 |

| | | | | | services | | |
|---|---|---|---|---|---|---|---|
| 67 | 367 | | MOR001164-73 | 02/23/04 | Employee Stock Ownership Trust Agreement between Antioch and Hoskins as Amended and Restated as of February 23, 2004 | 75 | PX-0472 |
| 68 | 375 | | ASP000296 - 300 | 04/22/04 | Minutes of The Antioch Company Board of Directors Meeting | 226 | PX-0481 |
| 69 | 376 | | TAC-CC-0096381 & TAC-CC-0096391 | 04/27/04 | E-mail from Attiken re: Current OrgCharts | 482 | PX-0482 |
| 70 | 377 | | TAC-CC-0220145-55 | 05/20/04 | Prairie Capital Presentation to The Antioch Company Re: 2003 ESOP Stock Valuation | 69 | PX-0485 |
| 71 | 384 | | ASP000303 - 306 | 07/22/04 | The Antioch Company Board of Directors Meeting | 281 | PX-0500 |
| 72 | 385 | | ASP000310 - 312 | 07/22/04 | The Antioch Company Employee Stock Ownership Plan - Amendment No. 3 to the Amended and Restated Plan | 284 | PX-0501 |
| 73 | 390 | | ASP000313 - 317 | 10/21/04 | The Antioch Company Board of Directors Meeting | 282 | PX-0516 |
| 74 | 401 | | TAC-CC-0239701-83 | 12/31/04 | 2004 Valuation Report by Prairie Capital Advisors, Inc. | 70 | PX-0528 |
| 75 | 402 | | P-WOOSLEY-000070 - 93 | 12/31/04 | 2004 Annual Report | 140 | PX-0529 |
| 76 | 463 | | TAC-CC-0188503-12 | 12/31/05 | 2005 Triple Bottom Line Report | 97 | PX-0583 |
| 77 | 464 | | MOR0010841 - 60 | 12/31/05 | 2005 Annual Report | 152 | PX-0584 |
| 78 | 465 | | P-WOOSLEY-000094 -104 | 12/31/05 | 2005 Triple Bottom Line Report | 164 | PX-0585 |
| 79 | 496 | | D&O_A005604-08 | 12/16/03 | Engagement letter from Duff & Phelps to GreatBanc Trust | 88 | PX-0417 |
| 80 | 499 | | P-WOOSLEY-00105-125 | 12/31/06 | 2006 Annual Report | 153 | PX-0648 |
| 81 | 500 | | P-FISH-000252 - 261 | 12/31/06 | 2006 Triple Bottom Line Report | 165 | PX-0649 |
| 82 | 522 | | TAC-CC-0033900 & TAC-CC-0033914 | 06/11/07 | E-mail from Attiken to re: Updated OrgCharts | 483 | PX-0698 |
| 83 | 550 | | EVL001147-266 | 12/31/07 | 2007 Valuation Report | 96 | PX0-0746 |
| 84 | 553 | | EVL01276- 1279 | 01/16/08 | Evolve engagement letter | 687 | DX-0756 |

| 85 | 563 | | EVL02477 | 03/20/08 | Memo from New to Trust Committee Members, re: The Antioch Company ESOP Update | 690 | PX-0777 |
|---|---|---|---|---|---|---|---|
| 86 | 576 | | TAC-CC-0149520 - 22 | 06/04/08 | Unanimous Written Consent of the Shareholders of The Antioch Company In Lieu of a Special Meeting | 229 | PX-0784 |
| 87 | 579 | | EVL03812- 3818 | 06/13/08 | Minutes of the Trust Committee of the Board of Directors of Evolve | 698 | PX-0785 |
| 88 | 588 | | TAC-CC-0445608 | 09/25/08 | Minutes of The Antioch Company Board of Directors Meeting | 545 | PX-0791 |
| 89 | 682 | | PRA00019 | 01/01/04 | Retirees over $1 million and Terminees | 260 | PX-0453 |
| 90 | 685 | | N/A | N/A | Sedgwick Attorney Profile Printout re: Karen D. Ng, Esq. | 340 | PX-0846 |
| 91 | 687 | | N/A | 08/01/03 | Description of GreatBanc's ESOP Services | 361 | PX-0152 |
| 92 | 688 | | GB-SOL0002519 | 08/01/03 | Letter from Marchetti | 364 | PX-0153 |
| 93 | 693 | | HL001681 - 682 | N/A | Lee Morgan Curriculum Vitae | 378 | PX-0941 |
| 94 | 695 | | HL001690 | 03/01/03 | Resume of Chandra Attiken | 401 | PX-0108 |
| 95 | 696 | | D&P_A0007935 | 01/01/02 | Chart of Creative Memories upper management | 445 | PX-0064 |
| 96 | 700 | | TAC-CC-0134454 | N/A | Profile about W. Alan Luce | 576 | PX-0942 |
| 97 | 720 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Taking Another Job | 416 | PX-0913 |
| 98 | 721 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Attendance | 417 | PX-0914 |
| 99 | 722 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Back to School | 418 | PX-0915 |
| 100 | 723 | | ANT-STC0009022 & ANT-ST0009243 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Inability to do Job | 419 | PX-0916 |

| 101 | 724 | | ANT-STC0009031 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Layoff | 420 | PX-0917 |
|---|---|---|---|---|---|---|---|
| 102 | 725 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Medical | 421 | PX-0918 |
| 103 | 726 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Moved | 422 | PX-0919 |
| 104 | 727 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for No Call/No Show | 423 | PX-0920 |
| 105 | 728 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Other | 424 | PX-0921 |
| 106 | 729 | | ANT-STC0009010 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Performance | 425 | PX-0922 |
| 107 | 730 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Personal | 426 | PX-0923 |
| 108 | 731 | | ANT-STC0010868 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Policy Violation | 427 | PX-0924 |
| 109 | 732 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Retirement | 428 | PX-0925 |
| 110 | 733 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated involuntarily for Attendance | 429 | PX-0926 |

| 111 | 734 | | ANT-STC0010573 & ANT-STC0009312 | Various | Payroll/Personal Action Form for Various Employees who were Terminated for Deceased | 430 | PX-0927 |
|---|---|---|---|---|---|---|---|
| 112 | 735 | | ANT-STC0007834 & ANT-STC0010877 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Involuntarily for Inability to do Job | 431 | PX-0928 |
| 113 | 736 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Involuntarily for Layoff (with exception of very first page which appears to be in this group of exhibits mistakenly) | 432 | PX-0929 |
| 114 | 737 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated involuntarily for Medical | 433 | PX-0930 |
| 115 | 738 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Involuntarily for Other | 434 | PX-0931 |
| 116 | 739 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Involuntarily for Performance | 435 | PX-0932 |
| 117 | 740 | | ANT-STC0014810 & ANT-STC0008886 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Involuntarily for Personal | 436 | PX-0933 |
| 118 | 741 | | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated involuntarily for Policy Violation | 437 | PX-0934 |