UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Bonnie Fish, et al.
                    Plaintiff,

v.                                                    Case No.: 1:09−cv−01668
                                                    Honorable Jorge L. Alonso

Lee Morgan, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: Final pre−trial conference held. Plaintiffs' motion in limine [490] is denied. Defendants' motions in limine [495], [496], [497], [498], and [500] are denied. Defendants' motion in limine [499] is granted in part, as stated in open court. Defendants' motion in limine [501] is granted. Parties are directed to submit a Microsoft Word version of the final pretrial order to Judge Alonso's Proposed Order inbox, modified to reflect the Court's order concerning the use of deposition designations as stated in open court. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.