**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BONNIE FISH, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>GREATBANC TRUST COMPANY, et al.,<br><br>   Defendants. | Case No. 09 cv 1668<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Maria Valdez |

**DEFENDANTS LEE MORGAN'S, ASHA MORAN'S, AND  CHANDRA ATTIKEN'S
NOTICE REGARDING PLAINTIFFS' TRIAL EXHIBITS**

As explained during the October 28, 2015 hearing, Defendants Lee Morgan, Asha Moran, and Chandra Attiken (the "Individual Defendants") believe that the remaining exhibits on Plaintiffs' Trial Exhibit List that are not Joint Exhibits are potentially objectionable at trial at least pursuant to Federal Rule of Evidence 802, depending on the manner in which they are used and the purposes for which Plaintiffs seek to have them admitted into evidence. Outside of the context of trial, the Individual Defendants do not believe they can accurately state whether they will or will not object to a particular exhibit on hearsay grounds (though Individual Defendants reiterate that they do not intend to object unless necessary).

In order to limit the number of potential objections, however, and in the spirit of the Court's desire to limit evidentiary objections at trial, the Individual Defendants have reviewed Plaintiffs' Trial Exhibit List and identified the following potentially objectionable documents that the Individuals Defendants will not object to at trial of this matter. The Individual Defendants plan to meet and confer with Plaintiffs and may add additional documents to this list.

| PX-0024 | MOR000162 – 177 | 06/01/00 | Employee Stock Ownership Plan Summary Plan Description Effective June 2000 | 360 |
|---|---|---|---|---|
| PX-0057 | TAC-CC-0231374 - 76 | 12/21/01 | E-mail from Mizen re: Competencies | 480 |
| PX-0064 | D&P_A0007935 | 01/01/02 | Chart of Creative Memories upper management | 445 |
| PX-0068 | MOR0013896 - 939 | 02/28/02 | E-mail from Morgan re: Too Much of Lee's stuff | 379 |
| PX-0073 | MOR0013782 - 95 | 05/21/02 | E-mail from Morgan re: More Lee's Stuff | 387 |
| PX-0076 | MOR0013713 | 08/20/02 | E-mail from Morgan re: Antioch Company info from Lee Morgan | 388 |
| PX-0098 | MOR0010097 - 100 | 01/01/03 | ESOP Distribution Rules for Terminations January 1, 2003 - September 30, 2006 | 349 |
| PX-0100 | DT2724 - 26 | 01/10/03 | E-mail from Holthaus re: sub S/ESOP "summit" | 297 |
| PX-0102 | DT2375 | 01/21/03 | Sub S/ESOP "Summit" January 21, 2003 Agenda | 298 |
| PX-0108 | HL001690 | 03/01/03 | Resume of Chandra Attiken | 401 |
| PX-0128 | TAC-CC-0445715 - 17 | 06/12/03 | Memo, Re: June 12 Meeting Notes | 106 |
| PX-0133 | TAC-CC-0445758 - 59 | 06/23/03 | E-mail from Morrison re: ESOP Trustee Alternatives | 230 |
| PX-0155 | DT1724 | 08/02/03 | E-mail from Holthaus re August 6th Conference Call | 6 |
| PX-0172 | 2407 | 08/14/03 | E-mail from Blair re: 100% ESOP Due Diligence - IMPORTANT | 232 |

| PX-0174 | TAC-CC-0261822 - 24 | 08/15/03 | E-mail from Blair re: Due Diligence Meetings Thursday August 21 & Friday August 22-FOLLOW-UP | 488 |
|---|---|---|---|---|
| PX-0191 | GBT03516 | 08/25/03 | E-mail from Williams re: Information Request List | 200 |
| PX-0192 | HL008274 | 08/25/03 | Email from Williams re Additional information request | 620 |
| PX-0212 | 002331-002336 | 09/04/03 | E-mail from Blair re: Due Diligence with attachments | 233 |
| PX-0213 | HL006470-86 | 09/04/03 | Email from Blair re Projections | 624 |
| PX-0238 | JPMC0001 - 48 | 09/27/03 | Credit Analysis Memorandum | 478 |
| PX-0262 | HOSKINS 0051-72 | 10/13/03 | Review of Original Proposed Transaction for the Antioch Company to GreatBanc Trust Company | 78 |
| PX-0265 | D&P_A005611 | 10/13/03 | E-mail from Morrison re: Antioch/ESOP Transaction Proposal | 124 |
| PX-0266 | D&P_A005613 - 14 | 10/13/03 | E-mail from Williams re: Antioch Proposals | 125 |
| PX-0268 | D&P_A005615; D&P_A000039 | 10/14/03 | E-mail from Marchetti Re: GreatBanc Trust Company | 84 |
| PX-0269 | TAC-CC-0278977 -80 | 10/14/03 | E-mail from Blair re: GreatBanc Trust Company | 239 |
| PX-0272 | D&P_A005621 | 10/15/03 | E-mail from Bloom re: Antioch Proposal | 126 |
| PX-0276 | D&P_A005630 | 10/16/03 | E-mail Nancy Blair re: Current Proposal | 14 |
| PX-0279 | D&P_A005630 | 10/16/03 | E-mail from Blair re: Current Proposal | 127 |
| PX-0284 | TAC-CC-0410938 - 39 | 10/17/03 | E-mail from Blair re: Current Proposal | 241 |
| PX-0285 | TAC-CC-0410933 - 35 | 10/18/03 | E-mail from Blair re: Current Proposal | 209 |
| PX-0291 | TAC-CC-0196119 | 10/21/03 | E-mail from Blair re: The latest | 210 |
| PX-0293 | D&P_A005633-34 | 10/22/03 | E-mail from Morrison RE: Current Proposal | 15 |

| PX-0294 | D&P_A005635-36 | 10/22/03 | E-mail from Marchetti re: Current Proposal | 16 |
|---|---|---|---|---|
| PX-0297 | D&P_A005633 - 34 | 10/22/03 | E-mail from Morrison re: Current Proposal | 128 |
| PX-0298 | D&P_A005635 - 36 | 10/22/03 | E-mail from Morrison re: Current Proposal | 129 |
| PX-0300 | D&P_A006368 - 69 | 10/22/03 | E-mail from Williams re: FMV Adjustment for Tax Savings | 243 |
| PX-0305 | HL000871 | 10/26/03 | E-mail from Blair re: Finalized Deal Terms | 245 |
| PX-0307 | HOSKINS 0073-151 | 10/27/03 | Preliminary Review of Proposed Recapitalization of the Antioch Company presentation to GreatBanc | 79 |
| PX-0325 | TAC-CC-0412467-68 | 11/04/03 | E-mail from Blair, re:  Tender Offer-Outstanding Items | 65 |
| PX-0336 | MOR0048931 - 33 | 11/08/03 | E-mail from Morrison re: ESOP Distribution Outline | 212 |
| PX-0337 | MM0021038 - 39 | 11/08/03 | E-mail from Morrison to Ng re RE: Antioch, ESOP amendment | 501 |
| PX-0341 | MOR0053058 & MOR0053377 - 86 | 11/10/03 | Email from Matthews re: Tender Offer, Sub Note, Warrant and Equity Holders Agreement--Revised Drafts | 504 |
| PX-0342 | HL000736-37 | 11/10/03 | Email from Jackson re Tender Offer, Sub Note, Warrant and Equity Holders Agreement—Revised Drafts | 629 |
| PX-0347 | TAC-CC-0235706 | 03/02/07 | Minutes of ESOP Advisory Committee via Teleconference | 403 |
| PX-0357 | 1997 | 11/18/03 | E-mail from Mason-Sebastian re: 100% ESOP Video Conference Meeting | 405 |
| PX-0365 | MOR001421-22 | 11/24/03 | E-mail from Hansen re: Letter to Potential Retirees | 214 |
| PX-0393 | N/A | 12/05/03 | Christopher Mino Voting Instruction Form | 187 |

- 4 -

| PX-0395 | GB-SOL0001530 - 35 | 12/05/03 | E-mail from Ackerman to Marchetti re FW: Antioch Closing Checklist. Attachment: WDC99_823490_3.DOC | 502 |
|---------|---------|----------|-----------------------------------------------|-----|
| PX-0397 | MWE-0066705 - 07 | 12/08/03 | Memo from Ackerman re: Antioch Company Tender Offer -- Legal Opinions Requested by ESOP Trustee | 509 |
| PX-0400 | HOSKINS 0044-47 | 12/09/03 | Memorandum to GreatBanc Trust Company, from LSB/JAW, Re:  Update to Preliminary Review of Proposed Recapitalization of the Antioch Company | 77 |
| PX-0420 | MOR0043567 | 12/16/03 | Attiken's ESOP transaction letter | 402 |
| PX-0421 | 2477 | 12/16/03 | Letter from Morgan re: ESOP transaction and funds wired to Mizen | 487 |
| PX-0422 | MM0009071 - 77 | 12/16/03 | Email from Matthews re: ESOP Amendment | 505 |
| PX-0424 | MM0019030 | 12/16/03 | E-mail from Holthaus re: Lees cashflow | 550 |
| PX-0425 | BD-SOL-0001000 | 12/18/03 | E-mail from Lee Morgan to Marilyn Marchetti, Re:  Antioch ESOP Trustee | 35 |
| PX-0453 | PRA00019 | 01/01/04 | Retirees over $1 million and Terminees | 260 |
| PX-0461 | MOR001928 - 29 | 01/16/04 | The Antioch Company Monthly Narrative | 216 |
| PX-0479 | MOR0048573 - 48736 | 04/15/04 | Lee's Monthly Narrative | 174 |
| PX-0497 | MOR001930 - 31 | 07/15/04 | Lee's Monthly Narrative | 139 |
| PX-0498 | ASP000307 | 07/22/04 | Blair resignation letter | 227 |
| PX-0499 | ASP000303 - 07 | 07/22/04 | Minutes of the Antioch Company Board of Directors Meeting | 228 |
| PX-0522 | CHA00003 - 4 | 11/19/04 | Fax of Bank One Middle Market Large Deal Credit Approval Package | 477 |

| PX-0545 | MOR0048655 - 72 | 04/21/05 | 2004 Highlights Presentation | 138 |
|---|---|---|---|---|
| PX-0564 | RTC00046 - 53 | 08/12/05 | Revolving Credit Loan Agreement | 330 |
| PX-0618 | HOSKINS 0001 | 07/10/06 | Resignation letter to ESOP committee from Hoskins | 38 |
| PX-0620 | MWE-0101268 | 07/13/06 | Letter re: Transfer of Assets | 522 |
| PX-0622 | HOSKINS 0002 | 08/01/06 | Hoskins Resignation Letter to Lee, Asha & Chandra | 47 |
| PX-0625 | TAC-CC-0220525 - 47 | 08/17/06 | Offer to Exchange | 289 |
| PX-0629 | HOSKINS 0003 | 09/14/06 | Resignation letter to Antioch's ESOP committee, from Hoskins | 48 |
| PX-0630 | HL067995 - HL068004 | 09/15/06 | Acceptance by Trustee | 295 |
| PX-0689 | MOR0048741 | 04/26/07 | April/May E-O Meetings Agenda | 137 |
| PX-0700 | CP-002869 | 06/28/07 | E-mail from Pollack re: Meeting follow up | 527 |
| PX-0702 | CP-003744 - 52 | 06/29/07 | E-mail from Pollack re: Staffing Information | 526 |
| PX-0712 | RTC00001 - 03 | 08/23/07 | Letter from Reliance | 322 |
| PX-0713 | TAC-CC-0445635 | 08/27/07 | E-mail from Morgan re: Engagement agreement continued | 529 |
| PX-0729 | CP-000928 - 29 | 11/09/07 | E-mail from Pollack re: Response to Marsha's letter | 544 |
| PX-0779 | TAC-CC-0330992 | 05/07/08 | E-mail from Wilson re: My Future Plans | 294 |
| PX-0810 | EVL03821 | 04/23/09 | Minutes of the Trust Committee of the Board of Directors of Evolve | 700 |
| PX-0824 | N/A | 01/22/10 | Hardman's Responses to Defendants' First Set of Interrogatories | 184 |
| PX-0828 | N/A | 12/09/10 | Woosley's Supplemental Responses to Defendants' First Set of Interrogatories | 154 |

| PX-0829 | N/A | 12/09/10 | Hardman's Supplemental Responses to Defendants' First Set of Interrogatories | 185 |
|---|---|---|---|---|
| PX-0830 | N/A | 12/09/10 | Plaintiff Christopher Mino's Supplemental Responses to Defendants' First Set of Interrogatories | 188 |
| PX-0831 | N/A | 12/15/10 | Woosley's Responses to Defendants' Second Set of Interrogatories | 155 |
| PX-0832 | N/A | 12/15/10 | Hardman's Responses to Defendants' Second Set of Interrogatories | 186 |
| PX-0833 | N/A | 12/15/10 | Plaintiff Christopher Mino's Responses to Defendants' Second Set of Interrogatories | 189 |
| PX-0852 | N/A | 06/11/12 | A. Moran's LinkedIn profile as printed on 6/11/12 | 443 |
| PX-0860 | N/A | 01/13/15 | Mizen's LinkedIn Profile | 479 |
| PX-0941 | HL001681 - 682 | N/A | Lee Morgan Curriculum Vitae | 378 |
| PX-0946 | MOR0015178 - 82 | 00/00/2003 | Quarterly Reports to Employee Owners Speaking Points | 161 |

The Individual Defendants reserve the right to object at trial to any of the remaining exhibits on Plaintiffs' Trial Exhibit List that are not listed above or included on the Parties' Joint Exhibit List, depending on the manner in which they are used and the purposes for which Plaintiffs seek to have them admitted into evidence. The Individual Defendants further reserve the right to amend this list should any exhibit have been inadvertently identified in the list above.

Respectfully submitted,

*/s/Michael L. Scheier*
Michael L. Scheier
Brian P. Muething
Anthony M. Verticchio
Jacob D. Rhode
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400

- 8 -

Cincinnati, OH 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
*Counsel for Defendants Lee Morgan, Asha*
*Moran, and Chandra Attiken*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2015, I caused true and correct copies of the foregoing to be filed electronically using the Court's CM/ECF system and to thereby be served upon all registered participants identified in the Notice of Electronic Filing in this matter on this date. This document is available for viewing and downloading on the CM/ECF system.


*/s/ Michael L. Scheier*
Michael L. Scheier


6407383.1