| JX # | PX # | Defs' Trial Ex # | Docid | Docdate | Summary | Dep Ex # |
|---|---|---|---|---|---|---|
| JX-0001 | PX-0049 | 19 | TAC-CC-0218293 - 95 | 11/12/2001 | E-mail from Blair re: Resume attached | 195 |
| JX-0002 | PX-0059 | 21 | MOR0010737 - 56 | 12/31/2001 | 2001 Annual Report | 135 |
| JX-0003 | PX-0063 | 22 | MOR000178 - 235 | 1/1/2002 | The Antioch Company Employee Stock Ownership Plan as Amended and Restated as of January 1, 2002 | 359 |
| JX-0004 | PX-0072 | 27 | ASP000070 - 72 | 4/25/2002 | Minutes of the Antioch Company Annual Stockholders Meeting | 224 |
| JX-0005 | PX-0080 | 33 | TAC-CC-0123110 & 17 | 10/9/2002 | E-mail from Attiken re: Current Organization charts | 481 |
| JX-0006 | PX-0540 | 41 | ASP 000159-62 | 1/27/2003 | Minutes of the Board of Directors Meeting | 604 |
| JX-0007 | PX-0106 | 43 | DT0063-DT0071 | 2/17/2003 | Letter | 2 |
| JX-0008* | PX-0113 | 44 | GBT06754-814 | 3/14/2003 | BVI Valuation of ESOP | 116 |
| JX-0009 | PX-0123 | 53 | MWE 0012438 - 39 | 5/27/2003 | Letter from McDermott, Will & Emery to Morgan re: terms of representation | 498 |
| JX-0010 | PX-0130 | 55 | TAC-CC-0445714 - 17 | 6/13/2003 | E-mail from Blair re: Key Issues from June 12 ESOP meeting | 197 |
| JX-0011 | PX-0182 | 58 | DT0917-DT0983 | 8/21/2003 | August 21st Board Meeting Agenda with 6/21/03 Feasibility Study | 7 |
| JX-0012 | PX-0146 | 69 | TAC-CC-0239658-99 | 7/17/2003 | Presentation: The Antioch Company 100% ESOP Transaction | 53 |
| JX-0013 | PX-0147 | 70 | ASP 000182 - 85 | 7/17/2003 | Minutes of The Antioch Company Board of Directors meeting | 134A |
| JX-0014 | PX-0158 | 80 | GB-SOL0001129 - 37 | 8/4/2003 | Successor Trustee Engagement Agreement | 365 |
| JX-0015 | PX-0162 | 85 | D&P_A011844-11903 | 8/6/2003 | Duff & Phelps presentation, Regarding Duff & Phelps' ESOP/ERISA and Fairness Opinion Qualifications | 758 |
| JX-0016 | PX-0165 | 86 | TAC-CC-0139088-139113 | 8/8/2003 | Creative Memories Strategy PowerPoint | 777 |
| JX-0017 | PX-0190 | 97 | D&P_A007934-36 | 8/20/2003 | 100% ESOP Due Diligence Meeting Schedule, August 20 - August 22 | 9 |
| JX-0018 | PX-0179 | 98 | GB-SOL0001138 - 47 | 8/20/2003 | Employee Stock Ownership Trust Agreement, As Amended and Restated as of August 20, 2003 | 384 |
| JX-0019 | PX-0183 | 101 | GB-SOL0001089 | 8/21/2003 | Barry Hoskins letter of resignation as directed trustee effective 8/21/2003 | 56 |

| JX # | PX # | Defs' Trial Ex # | Docid | Docdate | Summary | Dep Ex # |
|---|---|---|---|---|---|---|
| JX-0020 | PX-0184 | 102 | MOR001896-1927 | 8/21/2003 | Presentation: Recapitalization 100% ESOP Update | 57 |
| JX-0021 | PX-0185 | 103 | ASP000186 - 89 | 8/21/2003 | Minutes of the Antioch Company Annual Stockholders Meeting | 225 |
| JX-0022 | PX-0188 | 104 | D&P_A010808 - 43 | 8/21/2003 | Creative Memories U.S. BOD Presentation | 456 |
| JX-0023 | PX-0196 | 120 | D&P_A000073-74 | 8/27/2003 | Antioch Transaction Distribution list | 4 |
| JX-0024 | PX-0187 | 122 | J&G 02432 - 63 | 8/28/2003 | Recapitalization 100% ESOP Update - Revised Presentation | 310 |
| JX-0025 | PX-0199 | 125 | MOR001895 - 927 | 8/29/2003 | E-mail from Blair re: Recapitalization Update | 238 |
| JX-0026 | PX-0214 | 144 | D&P_A005597-603 | 9/8/2003 | Duff & Phelps Engagement letter | 81 |
| JX-0027 | PX-0215 | 145 | GBT06311-17 | 9/8/2003 | Duff & Phelps Engagement Letter | 113 |
| JX-0028 | PX-0223 | 152 | J&G 01463 | 9/11/2003 | The Antioch Company Due Diligence Meetings Schedule | 234 |
| JX-0029 | PX-0229 | 165 | J&G 03111 | 9/18/2003 | The Antioch Company Communications Meeting Agenda | 237 |
| JX-0030 | PX-0263 | 200 | D&P_A005434-55 | 10/13/2003 | Review of Original Proposed Transaction | 117 |
| JX-0031 | PX-0264 | 201 | D&P_A005460-71 | 10/13/2003 | Duff's Review of Revised Proposal | 118 |
| JX-0032 | PX-0271 | 211 | DT1380 - DT1458 | 10/15/2003 | Presentations: Recapitalization 100 Percent ESOP Direct Shareholder Implications, Education Session | 60 |
| JX-0033 | PX-0277 | 215 | DT1362-DT1378 | 10/16/2003 | Presentation to Board of Directors, Recapitalization 100% ESOP Update | 18 |
| JX-0034 | PX-0280 | 218 | TAC-CC-0410891 - 912 | 10/16/2003 | E-mail from Blair re: Board discussion documents | 207 |
| JX-0035 | PX-0281 | 219 | GBT00097 - 100 | 10/16/2003 | The Antioch Board of Directors Meeting Minutes | 577 |
| JX-0036 | PX-0206 | 246 | TAC-CC-0280024-25 | 9/1/2003 | Board Presentation Agenda (for sorting purposes, date changed to match our date for PX-0206, 9/01/03, rather than 10/24/03) | 61 |
| JX-0037 | PX-0308 | 254 | D&P_A002695-773 | 10/27/2003 | Preliminary Review of Proposed Recapitalization of the Antioch Company Presentation to GreatBanc | 119 |
| JX-0038 | PX-0317 | 266 | D&P_A006588-664 | 10/30/2003 | E-mail from Blair Re: Board Presentation (attached) | 22 |
| JX-0039 | PX-0318 | 268 | MOR000255-69 | 10/30/2003 | ESOP Amendment No. 1 | 102 |

| JX # | PX # | Defs' Trial Ex # | Docid | Docdate | Summary | Dep Ex # |
|---|---|---|---|---|---|---|
| JX-0040 | PX-0322 | 269 | GBT00102 - 34 | 10/30/2003 | Minutes of The Antioch Company Board of Directors Meeting, St. Cloud, Minnesota | 500 |
| JX-0041 | PX-0327 | 274 | D&P_A006810-75 | 11/5/2003 | E-mail from Blair re: Train the Trainer (attached) | 23 |
| JX-0042 | PX-0333 | 276 | MOR0015300 - 65 | 11/6/2003 | "Train-the-Trainer" Presentation | 300 |
| JX-0043 | PX-0340 | 284 | GB-SOL0002352 - 53 | 11/10/2003 | First Amendment to GreatBanc Trust Company Successor Trustee Engagement Agreement | 366 |
| JX-0044 | PX-0355 | 289 | GB-SOL0000476 | 11/18/2003 | Voting Instruction Form with Hoskins signature | 33 |
| JX-0045 | PX-0346 | 290 | MOR001174-76 | 11/14/2003 | Cover letter which accompanied proxy materials | 28 |
| JX-0046 | PX-0347 | 291 | MOR001189-90 | 11/14/2003 | Letter from Greatbanc to participants in the Antioch Company ESOP | 29 |
| JX-0047 | PX-0348 | 292 | MOR001177-88 | 11/14/2003 | Letter to participants in the Antioch Company ESOP re Transaction | 30 |
| JX-0048 | PX-0349 | 293 | GB-SOL0000008, 12 | 11/14/2003 | Voting Instruction Form (blank) | 31 |
| JX-0049 | PX-0350 | 294 | MOR001191-396 | 11/14/2003 | Letter enclosing proxy materials | 32 |
| JX-0050 | PX-0353 | 299 | MOR0015117 - 44 | 11/17/2003 | Presentation: 100% ESOP Employee Owner Meetings Nov. 17-24 | 160 |
| JX-0051 | PX-0354 | 300 | MOR001939 - 44 | 11/17/2003 | ESOP FAQs | 162 |
| JX-0052 | PX-0359 | 308 | GB-SOL-0000708 | 11/22/2003 | Schifsky Voting Instruction Form | 148 |
| JX-0053 | PX-0315 | 315 | TAC-CC-0398056 - 143 | 10/29/2003 | E-mail from Blair re: Presentation for this afternoon | 566 |
| JX-0054 | PX-0373 | 316 | MOR001397 - 98 | 12/1/2003 | ESOP Distribution Policy Effective as of 12/1/03 | 391 |
| JX-0055 | PX-0381 | 319 | MOR001423 - 33 | 12/4/2003 | 100% ESOP Recapitalization Sensitivity Analysis Board Meeting Presentation | 213 |
| JX-0056 | PX-0383 | 320 | PR0001062 - 78 | 12/4/2003 | Repurchase Obligation Study - Years 2003 - 2027 Presentation | 258 |
| JX-0057 | PX-0384 | 321 | ASP000275 - 277 | 12/4/2003 | The Antioch Company Employee Stock Ownership Plan Amendment No. 2 to the Amended and Restated Plan | 346 |
| JX-0058 | PX-0385 | 323 | GBT00136 - 66 | 12/4/2003 | Minutes of The Antioch Company Board of Directors Meeting, St. Cloud, Minnesota | 503 |
| JX-0059 | PX-0389 | 326 | ASP 000239 - 86 | 12/4/2003 | The Antioch Board of Directors Meeting Minutes | 578 |

| JX # | PX # | Defs' Trial Ex # | Docid | Docdate | Summary | Dep Ex # |
|---|---|---|---|---|---|---|
| JX-0060 | PX-0393 | 327 | N/A | 12/5/2003 | Christopher Mino Voting Instruction Form | 187 |
| JX-0061 | PX-0401 | 333 | D&P_A005456 - 59 | 12/9/2003 | Memo re: Update to Preliminary review of Proposed Recapitalization of The Antioch Company | 130 |
| JX-0062 | PX-0418 | 344 | D&P_A005604 - 08 | 12/16/2003 | Duff & Phelps Opinion Letter | 131 |
| JX-0063* | PX-0441 | 364 | PR0001184 - 258 | 12/31/2003 | TAC Valuation Report | 292 |
| JX-0064 | PX-0432 | 369 | P-WOOSLEY-000038 - 69 | 12/31/2003 | 2003 Annual Report | 132A |
| JX-0065 | PX-0467 | 377 | ASP000287 - 290 | 1/29/2004 | Minutes of The Antioch Company Board of Directors Meeting | 313 |
| JX-0066 | PX-0471 | 378 | GB-SOL-0000992 | 2/23/2004 | Letter from Hoskins Re: Notice of Termination of trustee services | 37 |
| JX-0067 | PX-0472 | 379 | MOR001164-73 | 2/23/2004 | Employee Stock Ownership Trust Agreement between Antioch and Hoskins as Amended and Restated as of February 23, 2004 | 75 |
| JX-0068 | PX-0481 | 387 | ASP000296 - 300 | 4/22/2004 | Minutes of The Antioch Company Board of Directors Meeting | 226 |
| JX-0069 | PX-0482 | 388 | TAC-CC-0096381 & TAC-CC-0096391 | 4/27/2004 | E-mail from Attiken re: Current OrgCharts | 482 |
| JX-0070* | PX-0485 | 389 | TAC-CC-0220145 - 155 | 5/20/2004 | Prairie Capital Presentation to the Antioch Company Re: 2003 ESOP Stock Valuation | 69 |
| JX-0071 | PX-0500 | 397 | ASP000303 - 306 | 7/22/2004 | The Antioch Company Board of Directors Meeting | 281 |
| JX-0072 | PX-0501 | 398 | ASP000310 - 312 | 7/22/2004 | The Antioch Company Employee Stock Ownership Plan - Amendment No. 3 to the Amended and Restated Plan | 284 |
| JX-0073 | PX-0516 | 403 | ASP000313 - 317 | 10/21/2004 | The Antioch Company Board of Directors Meeting | 282 |
| JX-0074* | PX-0528 | 414 | TAC-CC-0239701 - 783 | 12/31/2004 | 2004 Valuation Report by Prairie Capital Advisors | 70 |
| JX-0075 | PX-0529 | 415 | P-WOOSLEY-000070 - 93 | 12/31/2004 | 2004 Annual Report | 140 |
| JX-0076 | PX-0583 | 477 | TAC-CC-0188503-12 | 12/31/2005 | 2005 Triple Bottom Line Report | 97 |
| JX-0077 | PX-0584 | 478 | MOR0010841 - 60 | 12/31/2005 | 2005 Annual Report | 152 |
| JX-0078 | PX-0585 | 479 | P-WOOSLEY-000094 - 104 | 12/31/2005 | 2005 Triple Bottom Line Report | 164 |
| JX-0079 | PX-0417 | 510 | D&O_A005604-08 | 12/16/2003 | Engagement letter from Duff & Phelps to GreatBanc Trust | 88 |
| JX-0080 | PX-0648 | 513 | P-WOOSLEY-00105-125 | 12/31/2006 | 2006 Annual Report | 153 |

| JX # | PX # | Defs' Trial Ex # | Docid | Docdate | Summary | Dep Ex # |
|---|---|---|---|---|---|---|
| JX-0081 | PX-0649 | 514 | P-FISH-000252 - 261 | 12/31/2006 | 2006 Triple Bottom Line Report | 165 |
| JX-0082 | PX-0698 | 536 | TAC-CC-0033900 & TAC-CC-0033914 | 6/11/2007 | E-mail from Attiken to re: Updated OrgCharts | 483 |
| JX-0083* | PX0-0746 | 565 | EVL001147 - 266 | 12/31/2007 | 2007 Valuation Report | 96 |
| JX-0084 | DX-0756 | 569 | EVL01276- 1279 | 1/16/2008 | Evolve engagement letter | 687 |
| JX-0085 | PX-0777 | 579 | EVL02477 | 3/20/2008 | Memo from New to Trust Committee Members, re: The Antioch Company ESOP Update | 690 |
| JX-0086 | PX-0784 | 592 | TAC-CC-0149520 - 22 | 6/4/2008 | Unanimous Written Consent of the Shareholders of The Antioch Company In Lieu of a Special Meeting | 229 |
| JX-0087 | PX-0785 | 595 | EVL03812- 3818 | 6/13/2008 | Minutes of the Trust Committee of the Board of Directors of Evolve | 698 |
| JX-0088 | PX-0791 | 604 | TAC-CC-0445608 | 9/25/2008 | Minutes of The Antioch Company Board of Directors Meeting | 545 |
| JX-0089 | PX-0453 | 700 | PRA00019 | 1/1/2004 | Retirees over $1 million and Terminees | 260 |
| JX-0090 | PX-0846 | 703 | N/A | N/A | Sedgwick Attorney Profile Printout re: Karen D. Ng, Esq. | 340 |
| JX-0091 | PX-0152 | 705 | N/A | 8/1/2003 | Description of GreatBanc's ESOP Services | 361 |
| JX-0092 | PX-0153 | 706 | GB-SOL0002519 | 8/1/2003 | Letter from Marchetti | 364 |
| JX-0093 | PX-0941 | 711 | HL001681 - 682 | N/A | Lee Morgan Curriculum Vitae | 378 |
| JX-0094 | PX-0108 | 713 | HL001690 | 3/1/2003 | Resume of Chandra Attiken | 401 |
| JX-0095 | PX-0064 | 714 | D&P_A0007935 | 1/1/2002 | Chart of Creative Memories upper management | 445 |
| JX-0096 | PX-0942 | 718 | TAC-CC-0134454 | N/A | Profile about W. Alan Luce | 576 |
| JX-0097 | PX-0913 | 739 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Taking Another Job | 416 |
| JX-0098 | PX-0914 | 740 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Attendance | 417 |
| JX-0099 | PX-0915 | 741 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Back to School | 418 |

| JX # | PX # | Defs' Trial Ex # | Docid | Docdate | Summary | Dep Ex # |
|---|---|---|---|---|---|---|
| JX-0100 | PX-0916 | 742 | ANT-STC0009022 & ANT-ST0009243 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Inability to do Job | 419 |
| JX-0101 | PX-0917 | 743 | ANT-STC0009031 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Layoff | 420 |
| JX-0102 | PX-0918 | 744 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Medical | 421 |
| JX-0103 | PX-0919 | 745 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Moved | 422 |
| JX-0104 | PX-0920 | 746 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for No Call/No Show | 423 |
| JX-0105 | PX-0921 | 747 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Other | 424 |
| JX-0106 | PX-0922 | 748 | ANT-STC0009010 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Performance | 425 |
| JX-0107 | PX-0923 | 749 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Personal | 426 |
| JX-0108 | PX-0924 | 750 | ANT-STC0010868 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Policy Violation | 427 |
| JX-0109 | PX-0925 | 751 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Voluntarily for Retirement | 428 |
| JX-0110 | PX-0926 | 752 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated involuntarily for Attendance | 429 |

| JX # | PX # | Defs' Trial Ex # | Docid | Docdate | Summary | Dep Ex # |
|---|---|---|---|---|---|---|
| JX-0111 | PX-0927 | 753 | ANT-STC0010573 & ANT-STC0009312 | Various | Payroll/Personal Action Form for Various Employees who were Terminated for Deceased | 430 |
| JX-0112 | PX-0928 | 754 | ANT-STC0007834 & ANT-STC0010877 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Involuntarily for Inability to do Job | 431 |
| JX-0113 | PX-0929 | 755 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Involuntarily for Layoff (with exception of very first page which appears to be in this group of exhibits mistakenly) | 432 |
| JX-0114 | PX-0930 | 756 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated involuntarily for Medical | 433 |
| JX-0115 | PX-0931 | 757 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Involuntarily for Other | 434 |
| JX-0116 | PX-0932 | 758 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated Involuntarily for Performance | 435 |
| JX-0117 | PX-0933 | 759 | ANT-STC0014810 & ANT-STC0008886 | Various | Payroll/Personal Action Form for Various Employees who were Terminated Involuntarily for Personal | 436 |
| JX-0118 | PX-0934 | 760 | Various Beginning with the Prefix ANT-STC | Various | Payroll/Personal Action Form for Various Employees who were Terminated involuntarily for Policy Violation | 437 |

*The parties agree that the Plaintiffs reserve the right to object to the admission of the valuation reports for the purpose of establishing the valuations or reliability of the methodologies set out in those reports.