UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE FISH, et al., ) | |
|             Plaintiffs, ) | Case No. 1:09-cv-01668 |
| v. ) | |
| ) | Honorable Jorge L. Alonso |
| GREATBANC TRUST COMPANY, an ) | |
| Illinois corporation, et al., ) | |
|             Defendants. ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE POST TRIAL BRIEF
IN EXCESS OF 15 PAGES**

Plaintiffs Bonnie Fish, Christopher Mino, Monica Lee Woosley, Lynda Hardman, and Evolve Bank & Trust (collectively "Plaintiffs"), pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully move this Court for leave to expand the page limit for their Post Trial Brief to 35 pages. This was part of the proposal submitted to the Court by Plaintiffs (but not filed) at the close of the defense case in February. Plaintiffs believe this request is necessary due to the extensive issues raised during the trial and the pretrial briefing. Plaintiffs' counsel has contacted counsel for Defendants, who have no opposition to this request. Defendants do not request a similar expansion of the pages limits for their brief at this time.

A proposed form of Order granting this request is being submitted contemporaneously with the filing of this request.

2296808.1

RESPECTFULLY SUBMITTED this 19th day of February, 2016.

                SEBALY SHILLITO + DYER

                By: /s/ James A. Dyer
                    James A. Dyer
                    Toby K. Henderson
                    40 North Main Street
                    1900 Kettering Tower
                    Dayton, Ohio 45423
                    Telephone: (937) 222-2500
                    Facsimile: (937) 222-6554
                    jdyer@ssdlaw.com
                    thenderson@ssdlaw.com
                    *Attorney for Plaintiffs Bonnie Fish, Christopher Mino, Monica Lee Woosley, Lynda D. Hardman and Evolve Bank & Trust*

CO-COUNSEL:

GUIN, STOKES & EVANS, LLC
Charles R. Watkins, Esq.
321 South Plymouth Court, Suite 1250
Chicago, IL 60604
312-878-8391
312-663-0303 (fax)
charlesw@gseattorneys.com

KELLER ROHRBACK PLC
Gary D. Greenwald
Gary A. Gotto
3101 North Central Avenue
Suite 1400
Phoenix, Arizona 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
ggreenwald@krpl.com
ggotto@krplc.com

2296808.1

KELLER ROHRBACK PLC
David J. Ko
1201 Third Avenue, Suite 3200
Seattle, WA 98109
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
dko@kellerrohrback.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of February, 2016, the foregoing **PLAINTIFFS' MOTION TO FILE OPENING BRIEF IN EXCESS OF 35 PAGES** was filed electronically. Notice of this Filing will be sent to all parties of record by operation of the Court's electronic system.

By: /s/ James A. Dyer
James A. Dyer

2296808.1